# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

FREDERICK STACEY                                                    PLAINTIFF

v.                                    No. 4:18-cv-586-DPM

DOC HOLLADAY, Pulaski County Jail;
and PULASKI COUNTY SHERIFF'S OFFICE            DEFENDANTS

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Stacey's amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
26 November 2018