# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FREDERICK STACEY                                              PLAINTIFF

v.                        No. 4:18-cv-586-DPM

DOC HOLLADAY, Pulaski County Jail;
and PULASKI COUNTY SHERIFF'S OFFICE          DEFENDANTS

## JUDGMENT

Stacey's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2018